473 A.2d 659

Commonwealth v. Pomeroy, Appellant.

Argued November 15, 1983.   Christopher J. Brill, for appellant;  Stephen B. Harris, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment of sentence vacated and case remanded for resentencing.

Jurisdiction is relinquished.